# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | EP:04-CR-02091(4,5,6)-KC |
| | § | |
| (4) Florita Cedro Tolentino | § | |
| (5) Noel Cedro Tolentino | § | |
| (6) Angelica Tolentino | § | |

## RECEIPT FOR GOVERNMENT'S/DEFENDANT'S EXHIBITS

I hereby acknowledge receipt of the following exhibits introduced at the trial proceedings.

These exhibits will be retained until the final disposition of the case.

## SEE THE ATTACHED LISTS

DEFENDANT'S EXHIBITS 11 & 12

_4/13/07_
DATE

_Kyle Fisher_
ATTORNEY OR AGENT

*Filed 3-7-07*
*Clerk, U. S. District Court*
*Western District of Texas*
*By*
*Deputy*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | |
| **FLORITA CEDRO TOLENTINO** | § | **EP:04-CR-2091-KC** |
| **NOEL CEDRO TOLENTINO** | § | |
| **ANGELICA TOLENTINO** | § | |
| | § | |
| v. | § | |
| | § | |
| **NOEL CEDRO TOLENTINO** | § | **EP:04-CR-2092-KC** |
| | § | |
| v. | § | |
| | § | |
| **NOEL CEDRO TOLENTINO** | § | **EP-04-CR-2093-KC** |
| | § | |
| v. | § | |
| | § | |
| **ROLAND SOTELO** | § | **EP-04-CR-2094-KC** |

## GOVERNMENT'S EXHIBITS, Page 1

| Exhibit | Description | Date Admitted |
|---|---|---|
| 1a | Corporate Documents Omni Consortium, Inc. | 1-30-07 |
| 1b | Corporate Documents Multicultural Professionals, LLC | 1-30-07 |
| 3 | Accreditation Certificate (POEA) between Omni and Unistaff | 1-30-07 |
| 4 | Accreditation Certificate (POEA) between Multicultural Professionals and JS Contractors | 1-30-07 |
| 5 | POEA Rules and Regulations | 1-30-07 |
| 5a | Memo Circular 14 | 1-30-07 |
| 5b | Memo Circular 26 | 1-30-07 |
| 5c-1 | Confirmation of direct employer re:SISD 2/10/03 | 1-30-07 |
| 5c-2 | Request for additional manpower for SISD, 2/10/03 | 1-30-07 |
| 6 | Employment Agreement (BISD) as submitted to POEA | 1-30-07 |
| a | One-Year Probationary Contnract | 1-30-07 |
| b | Standard Employment Contract | 1-30-07 |
| 7 | Employment Agreement (YISD) as submitted to POEA | 1-30-07 |
| 8 | Employment Agreement (SISD) as submitted to POEA | 1-30-07 |
| 10 | Employment Agreement (SSAISD) as submitted to POEA | 1-30-07 |

| | | |
|---|---|---|
| 16 | Brownsville ISD Job Order Letter to Florita Tolentino, Omni Consortium, 12/13/01 | 1-22-07 |
| 17 | Expense Sheet by Noel Tolentino showing Golf Headquarters Gift certificate for BISD 12/13/01 | 2-12-07 |
| 19a-d | Letter, Multicultural Professionals to Eddie Errisuriz, BISD, 1/4/02 w/attachments | 1-22-07 |
| 20 | Letter w/fax cover sheet, Elizabeth Neally to Maria Malacon, Multicurltural, 1/17/02 re: BISD trip to Philippines | 1-24-07 |
| 21a-d | BISD Travel vouchers for Daniel Garcia, Raquel Ybarra, Neida Ruth Soto, Francisco Saldivar | 1-22-07 |
| 22 | Fax, Elixabeth Neally to Maria Malacon, 7/2/02, re: Rule 11 agreement- BISD teacher applicants | 1-24-07 |
| 23a-d | Labor Certifications, BISD January 25, 2002 | 3-1-07 |
| 24 | Transmittal letter, Omni to Eddie Errisuriz, BISD, Re: INS Form I-129, 2/5/02 | 3-1-07 |
| 25 | Transmittal letter, Omni to Eddie Errisuriz, BISD, Re: INS form I-129, 2/28/02 | 3-1-07 |
| 26 | Fax, Rory Malacon to Neida Ruth Soto, March 19, 2002 with attached letter of assurance | 1-22-07 |
| 27 | Email, DeCastro to Neida Ruth Soto, August 1, 2002, re: from Florita | 2-7-07 |
| 31 | Letter, Hector Gonzalez to Florita Tolentino, 7/8/02 with sixteen contracts attached for hired teachers | 1-22-07 |
| 32 | Letter(original) Hector Gonzalez to Chief NIV Section, 7/8/02 re: teachers to be hired, w/16 contract attached | 1-22-07 |
| 33 | Email, Maria (Rory) Malacon to Pablo Ganchero, 7/10/02, re heard the news re cut down in hiring of teachers in BISD | 1-31-07 |
| 34 | The Malacon Family to Lilibeth de Castro 7/15/02, re Another BISD assignment - Mesa | 1-30-07 |
| 36 | Email, Lilibeth De Castro to Maria Aurora Aida Malacon, 7/17/02 re: 54 BISD teachers | 1-30-07 |
| 38 | Blank BISD letterhead (found at Omni Consortium) | 1-22-07 |
| 39 a & f | Sample of (forged) Documents submitted to POEA for BISD Ireen Caballes, Rose Marie Valentin Bugtong | 1-24-07 / 1-30-07 |
| 40 | One Year Probationary Contract, BISD | 1-24-07 |
| 41 | BISD List of Filipino teachers 2002-2003 | 1-22-07 |
| 42 | Application Process and Flow Chart for Teachers applying for the USA | 1-24-07 |
| 44 | Multicultural Professionals In-Service agenda 7/19-21/02 | 1-24-07 |
| 45 | Omni File for Ireen Lobes de Real (Caballes | |
| a | Invoice for Interview Fee | |
| b | Invoice for Credential Evaluation | |
| c | Invoice for Visa Processing | |
| d | Invoice for PRC Processing | |

| | | |
|---|---|---|
| e | Email, 5/21/02 re Placement Fee | |
| f | Invoice for Placement fee ($2,500) | |
| g | Email re Bed Fee | |
| h | BISD Letter of Intent | |
| I | BISD Probationary Contract | 1-24-07 |
| 46 | Minutes of the Board of Directors, May 21 & 22 with hired teachers grid and payment schedule | 1-22-07 |
| 49 | MetroBank Demand Draft Carbon for $2,500 to Multicultural professionals LLC 6/27/02 | 1-24-07 |
| 50 | Receipt from Multicultural Professionals for $2,500 Security Deposit, July 1, 2002 | 1-24-07 |
| 51 | Letter from Ireen Caballes to "Dear Sir", dated August 2, 2002 | 1-24-07 |
| 54 | Omni file for Ma. Aimee GoJo Peralta | |
| a | Invoice for Interview Fee | |
| b | Invoice for Credential Evaluation | |
| c | Invoice for Visa Processing | |
| d | Invoice/Payment $2,500 Placement fee | |
| e | Invoice/Payment $2,500 Placement fee | |
| f | BISD Probationary Contract | 1-25-07 |
| 55 | Minutes of the BISD Board of Directors, May 21,22,2002 with teacher grid and salary schedule | 1-25-07 |
| 56 | Receipt from Omni Consortium, Inc. for 550 Pesos, for pre-evaluation, August 4, 2001 | 1-25-07 |
| 57 | Receipt from Multicultural Professionals for $130, for exam fee, August 22, 2001 | 1-25-07 |
| 58 | Receipt from JS Contractors for 3000 pesos, for review course, August 22, 2001 | 1-25-07 |
| 59 | Receipt from Mulicultural Professionals for $100 interview fee, January 22, 2002 | 1-25-07 |
| 60 | Services of Multicultural Professionals upon hiring | 1-25-07 |
| 61 | Schedule of Fees | 1-25-07 |
| 62 | Letter, Williamson & Chaves to Aimee G. Peralta re: H1B visa procedure | 1-30-07 |
| 63 | Receipt, Multicult ural Professionals for $310 for payment for lawyer and INS fee March 5, 2002 | 1-25-07 |
| 64 | First Malayan Leasing Finance Corporation, Loan Transaction, June 14, 2002 | 1-25-07 |
| 68 | NonImmigrant Visa Application, Aimee Peralta, filed July 24, 2002 | 1-22-07 |
| 69 | Receipt for Application for Social Security Card, August 5, 2002 | 1-25-07 |
| 70 | Promissory Note, Aimee Peralta to Multicultural Professionals, July 30, 2002 | 1-25-07 |

| | | |
|---|---|---|
| 72 | Postdated checks (carbons) submitted by Aimee Peralta to Multicultural Professionals for $98.34 each, date range: September 30, 2002 to August 30, 2003 | 1-25-07 |
| 78 | Omni file for Loren Evangelista | |
| a | Invoice for Interview Fee | |
| b | Invoice for Credential Evaluation | |
| c | Invice for Visa Processing | |
| d | Payment of $2,500 Placement fee | |
| e | Payment of $2,500 Placement fee | |
| f | Payment of $1,000 Placement fee | |
| g | BISD Letter of Intent | |
| h | BISD Probationary Contract | 1-24-07 |
| 80 | Letter Willimson & Chavez to Loren Evangelista, dated January 30, 2002 | 1-24-07 |
| 81 | Receipt from Multicultural Professionals for $700, visa fee | 1-24-07 |
| 82 | NonImmigrant Visa Application, filed July 29, 2002 | 1-22-07 |
| 83 | Promise to pay letter to Multicultural Professionals for $3,900 August 2, 2002 | 1-24-07 |
| 84 | Apartment Lease Contract, Lake Fairway Apartments, August 31, 2002 | 1-24-07 |
| 85 | BISD Probationary Contract with Loren Evangelista dated July 11, 2002 | 1-22-07 |
| 87 | Omni file for Teresita Villa | |
| a | Invoice for Interview Fee | |
| b | Payment for Credential Evaluation | |
| c | Invoice for Visa Processing | |
| d | Invoice for Placement Fee & Check | |
| e | Check for Placement Fee & Invoice | |
| f | Check for Bed fee | |
| g | BISD Letter of Intent | |
| h | BISD Probationary Contract | 1-25-07 |
| 90 | Services of Multicultural Professionals upon hiring | 1-25-07 |
| 91 | Schedule of fees | 1-25-07 |
| 92 | Williamson & Chaves letter to Terestia Villa, January 30, 2002 | 1-25-07 |
| 93 | Documents from Malayan Leasing re: 500,000 peso loan | 1-25-07 |
| 94 | Minutes of the Regular Board of Trustees Meeting, BISD, May 21, 2002 | 1-25-07 |
| 95 | Multicultural Professionals In-Service Agenda June 19-21, 2002 | 1-25-07 |
| 96 | Receipt, Mutlicultural Professionals $2,500 for security deposit, June 13, 2002 | 1-25-07 |
| 97 | Receipt, Mutlicultural Professionals $2,500 for security deposit, July 26, 2002 | 1-25-07 |
| | Receipt, JS Contractors, 75,037 pesos placement fee | |

| | | |
|---|---|---|
| 98 | ($1,500), July 26,2002 | 1-25-07 |
| 99 | NonImmigrant Visa Application, Teresita Villa, filed July 29, 2002 | 1-22-07 |
| 100 | Promissory Note, Teresita Villa to Multicultural Professionals, $1,00 dated August 2, 2002 | 1-25-07 |
| 101 | Social Security Administration Application for Social Security Card, Teresita Villa | 1-25-07 |
| 102 | Documents pertaining to lease at Valle Sereno Apartments | 1-25-07 |
| 103 | Invoice, Multicultural Professionals to Teresita Villa, $140 for twin bed | 1-25-07 |
| 104 | Reminder to pay promissory note | 1-25-07 |
| 105 | Omni file for Joseph Balilis | |
| a | Invoice for Interview Fee | |
| b | Invoice for Credential Evaluation | |
| c | Invoice for Visa Processing | |
| d | Invoice for Placement Fee ($2,500) | |
| e | Invice for Placement Fee (3,500) | |
| f | BISD Letter of Intent | |
| g | BISD Probationary Contract | 3-1-07 |
| 106 | NonImmigrant Visa Application filed July 27, 2002 | 1-22-07 |
| 108 | Omni file for Mina Puey | |
| a | Invoice for Interview Fee | |
| b | Invoice for Credential Evaluation | |
| c | Invoice for Visa Processing | |
| d | Invoice for Placement Fee | |
| e | BISD Letter of Intent | |
| f | BISD Probationary Contract | 3-1-07 |
| 115 | Fax, Rory Malacon to all BISD offerees, April 24, 2002, with attachment | 1-30-07 |
| 119 | NonImmigrant Visa Application filed July 24, 2002 | 1-22-07 |
| 121 | Schedule of displaced BISD Teachers | 3-5-07 |
| 122 | OMNI BISD displaced teacher files (non-testifying) | |
| A. | Arzadon, Marianne Javalde | |
| | Balagat, Abigail | |
| | Cabilin, Alma | |
| | Cabulay, Heidi | |
| | Cadag, Leila | |
| | Calugay, Estelita | |
| | Campllo, Rosalinda | |
| | Canlas, Maria Fe | |
| | Condino, Shella | |
| | David, Elsa | |
| B. | De Guia, Ophelia | |
| | Echiverri, Carlo | 3-1-07 |
| | Echiverri, Janet | |
| | Gomez, Maria | |
| | Ingles, Angelica | |

|   |   |   |
|---|---|---|
| C. | Jensen, Rodolfo<br>Juane, Emmanuel<br>Naig, Mary Ann<br>Obrero,Cynthia<br>Pacaon, Josephina<br>Pargas, Marijou<br>Ponferrada, Judit h<br>Sapinoso, Romina<br>Tibayan, Edgar<br>Tinidad, Consecion<br>Uy Bomping, Aleni |   |
| 123 | Email, Francia Buenbrazo to Maria (Rory) Malacon, July 16, 2002, re: BISD contract | 1 -25-07 |
| 124 | Schedule of NonImmigrant Visa Applications for BISD displaced teachers | 1-22-07 |
| 125 | NonImmigrant Visa Applications for BISD displaced teachers<br>Arzadon, Marianne Javalde<br>Balagat, Abigail<br>Cabilin, Alma<br>Campollo, Rosalinda<br>Cadag, Leila<br>Calugay, Estrelita<br>Canlas, Maria Fe<br>Condino, Shella<br>Daved, Elsa<br>De Guia, Ophelia<br>Echiverri, Carlo<br>Echiverri, Janet<br>Gomez, Maria<br>Ingles, Angelica<br>Jensen, Rodolfo<br>Juane, Emmanuel<br>Naig, Mary Ann<br>Obrero, Cynthia<br>Pacaon, Josephina<br>Pargas, Marijou<br>Ponferrada, Judith<br>Sapinoso, Romina<br>Tibayan, Edgar<br>Trinidad, Consecion<br>Uy Bomping, Aleni | 1-22-07 |
| 126<br>A | List of Promissory Notes dated August 5, 2002<br>Promissory Notes from displaced BISD teacher<br>Arzadon, Marianne Javalde<br>Balagat, Abigail<br>Cabilin, Alma |   |

|  | | |
|---|---|---|
| | Cabulay, Heidi | |
| | Cadag, Leila | |
| | Calugay, Estelita | |
| | Campollo, Rosalinda | |
| | Canlas, Maria Fe | |
| | Condino, Shella | |
| | David, Elsa | |
| | De Guia, Ophelia | |
| | Echiverri, Carlo | |
| | Echiverri, Janet | |
| | Ingles, Angelica | |
| | Jensen, Rodolfo | |
| | Juane, Emmanuel | |
| | Naig, Mary Ann | |
| | Obrero, Cynthia | |
| | Pacaon, Josephina | 1-30-07 |
| | Pnferrada, Judith | |
| | Sapinoso, Romina | |
| | Tibaya, Edgar | |
| | Uy Bomping, Aleni (2) | |
| 128 | Lease Agreements, Lake Fairway Apartments, El Paso, Texas, August 2002 | 1-24-07 |
| 130 | Ysleta Transfer Petitions (I-129's) for 25 displaced teachers from BISD | |
| Folder A | Balilis, Joseph | 2-1-07 |
| | Caballes, Ireen | |
| | Cabilin, Alma | |
| | Cabulay, Leila | |
| | Calugay, Estelita | |
| | Canlas, Maria | |
| | Condino, Shella | |
| | Echiverri, Carlo | |
| | Echiverri, Janet | |
| | Evangelista, Loren | |
| Folder B | Gomez, Rosairo | |
| | Ingles, Angelica | |
| | Jensen, Rodolfo | |
| | Juane, Emmanuel | |
| | Obrero, Cynthia | |
| | Pacaon, Josephia | |
| | Pargas, Marijou | |
| | Peralta, Aimee | |
| | Ponferrada, Judith | |
| | Puey, Mina | |
| | Sapinoso, Romina | |
| | Tabayan, Edgar | |
| | Up Bomping, Aleni | |

| | | |
|---|---|---|
| | Villa, Teresita | |
| 131 | Schedule of Service Center files for BISD displaced teachers | 1-22-07 |
| 132 | Service center files for BISD displaced teachers | 1-22-07 |
| 133 | Draft response to Service Center request for information (Condino file) | 2-28-07 |
| 134 | Response as submitted to Service Center | 1-22-07 |
| 135 | Email, Sotello to Angelica Tolentino, July 30, 2002, re: "from FCT" (teacher arrivals) | 1-30-07 |
| 136 | Schedule of SRC files for BISD teachers hired by YISD | 1-22-07 |
| 137 | SRC files for BISD teachers hired by YISD | 1-22-07 |
| 160 | Executive Summary for Associate Superintendent Division of Human Resources October 18, 2002 by Martha Dominguez & Gerald Whitman | 2-1-07 |
| 161 | Fax letter, Martha Dominguez to Noel, October 18, 2002 with "job order" for teachers for 2003-2004 school year | 2-1-07 |
| 161A | YISD Vacancy Reports (Elementary) | 2-1-07 |
| 161B | YISD Vacancy Reports (Secondary) | 2-1-07 |
| 162 | Executive Summary for the Interim Superintendent, November 7, 2002, re: Rosa Caballero's inquiry | 2-1-07 |
| 163 | Ysleta Independent School District, Trip requests, November 5, 2002 | 2-1-07 |
| 164 | Travel Information, Philippines and Hong Kong Nov 14 - Nov 24, 2002, Ms Martha Dominguez | 2-1-07 |
| 164A | YISD Vacancy Report November 2002 | 2-1-07 |
| 164B | YISD Vacancy Report 2002 | 2-1-07 |
| 165 | The Westin Philippine Plaza Hotel billings for Florita Tolentino, Noel Tolentino, Martha Dominguez, Ana O'Neill, Frank Burton, Nancy Evans | 2-1-07 |
| 166 | Fax, Noel Tolentino/Pablo Ganchero to Martha Dominguez, November 12, 2002 re: Letter of Intent to Employ | 2-28-07 |
| 167 | Email, Lilibeth DeCastro to Pablo Ganchero, et al, November 15, 2002, re: final interview sched-Ysleta & attachment | 2-7-07 |
| 171 | Letters of Intent to Employ from Ysleta Independent School District (YISD files) | 2-1-07 |
| 172 | Memo, Raye Lokey, re: teachers recruited in Philippines, undated | 2/1/07 |
| 175 | FedX transmittal letter Pablo Ganchero to Ray Lokey, December 2, 2002, forwarding H-1B Petitions (5) and instructions from Peter D. Williamson | 2-1-07 |
| 176 | FedX transmittal letter, Pablo Ganchero to Raye Lokey, December 18, 2002, forwarding H-1B Petitioners (2) | 2-1-07 |

| | | |
|---|---|---|
| 178 | FedX transmittal letter, Pablo Ganchero to Raye Lokey c/o Martha Dominguez, January 6, 2002 [sic], forwarding District copies of H-1B petitions (6) | 2-1-07 |
| 179 | Fax, Noel Tolentino/Pablo Ganchero to Martha Dominguez, January 13, 2003, re: letter to US Embassy | 2-1-07 |
| 180 | Fax, Noel Tolentino/Pablo Ganchero to Martha Dominguez, January 13, 2003 re: letter to US Embassy (as received by YISD) | 2-1-07 |
| 181 | Fax, Martha Dominguez to Rory or Pablo January 21, 2003 re: Philippine Permitted Subs (w/contracts) and handwritten note | 1-31-07 |
| 181-1 | Letter, Noel Tolentino to Martha Dominguez, January 29, 2003 re: change in letter format | 2-28-07 |
| 183 | Fax, Martha Dominguez to Noel Tolentino, February 14, 2003 re: Letter to Embassy (with note: this is the better) | 2-1-07 |
| 187 | Letter, Pablo Ganchero with Martha Dominguez INS documents for 62 teachers (as received by YISD ) | 2-1-07 |
| 188 | FedX transmittal letter, Pablo Ganchero to Martha Dominguez, February 20, 2003, transmitting 2LCA forms and INS forms for 35 teachers | 2-1-07 |
| 189 | Email, Pabs to Miami Kintanar, March 10, 2003 check request | 3-1-07 |
| 190 | Priority Mail transmittal letter, Pablo Ganchero to Martha Dominguez, March 25, 2003, sending LCA's (30) | 2-1-07 |
| 191 | FedX transmittal letter, Pablo Ganchero to Martha Dominguez, March 26, 2003 re: H1-B forms for signature for 20 teachers | 2-1-07 |
| 192 | FedX transmittal letter, Pablo Ganchero to Martha Dominguez, April 10, 2003 re: H-1B form for signature (De Torres) | 2-1-07 |
| 193 | Copy, Calendar entry April 25, 2003 appointment with Tolentino, Dominguez, Whitman & Lokey | 2-1-07 |
| 194 | Fax Pablo Ganchero to Ms Olga, May 1, 2003 re: Urgent | 2-1-07 |
| 196 | Fax Pablo Ganchero to Ms Olga May 5, 2003 re:Urgent | 2-1-07 |
| 197 | LCA's sent from Omni to YISD (A through I, inclusive) | 2-1-07 |
| 200 | Faxed letter, Martha Dominguez to Noel Tolentino, July 14, 2003 regarding no more teachers to be hired (Exhibit 199) with fax confirmation | 1-30-07 |
| 201 | Faxed letter, Martha Dominguez to Noel Tolentino, July 14, 2003 regarding no more teachers to be hired (Exhibit 199) as received by OMNI | 1-30-07 |
| 202 | Letter & envelope, Martha Dominguez to Noel Tolentino, July 14, 2003 regarding no more teachers to be hired (Exhibit 199) marked "received 7/17/03" | 1-30-07 |
| 203 | Fax, Martha Dominguez to Noel Tolentino, July 14, 2003 regarding no more teachers to be hired (Exhibit 199) indicating "faxed to Jing" with fax confirmation request | 1-30-07 |

| | | |
|---|---|---|
| 204 | SBC Southwest confirmation of fax number 713-461-6626 belonging to Angelica Tolentino | 1-30-07 |
| 205 | District H-1B petitions, signed on or after April 25, 2003 | 2-1-07 |
| 206 | Omni file for Richelle Kabigting | |
| a | JS Contractors Application form w/fees | |
| b | Invoice for Interview Fee | |
| c | Invoice/check for Credentialing | |
| d | Invoice for INS/Legal/SBEC Processing | |
| e | Invoice for Legal Processing | |
| f | Invoice for Credential Evaluation | |
| g | Invoice for INS Processing (premium) | |
| h | William & Chavez retainer letter | |
| I | YISD Letter of Intent to Employ | 3-5-07 |
| 217 | NonImmigrant Visa Application for Richelle Cabreros Kabigting, filed June 9, 2003 | 1-22-07 |
| 219 | Omni file for Cerina Laeno | |
| a | JS Contractors form w/fees | |
| b | Invoice /check for Crecentialing | |
| c | Invoice for INS/Legal/SBEC | |
| d | Invoice for Legal Processing | |
| e | Invoice for INS Premium Processing | |
| f | Invoice for SBEC Credential processing | |
| g | Letter from Williamson & Chavez | |
| h | Invoice for Interview Processing | 3-5-07 |
| 220 | NonImmigrant Visa Application for Cerina Laeno, filed June 6, 2003 | 1-22-07 |
| 222 | Omni file for Ma Corazon Saldana | |
| a | JS Contractors Application form w/fees | |
| b | Invoice for Interview Fee | |
| c | Invoice/check for Credentialing | |
| d | Invoice for Legal/INS/CredEval & check | |
| e | Invoice for Legal Processing & Credential Evaluation with check for both & handwritten note | |
| f | Invoice for INS processing | |
| g | YISD letter of intent to employ | 2-6-07 |
| 223 | NonImmigrant Visa Application, June 2003 for Ma Corazon Saldana Estrada | 1-22-07 |
| 224 | Promissory Note dated July 28, 2003 to Blue Pacific for various fees owed to OMNI Consortium 557,500 pesos | 2-6-07 |
| 225 | Receipt for $355 for twin bed/night stand/chair July 30, 2003 | 2-6-07 |
| 226 | Omni file for Maricel Sabile Linang | |
| a | Unistaff Appliation form w/fees | |
| b | Invoice for UTEP | |
| c | Invoice for INS | |
| d | Invoice for Legal Processing | 3-5-07 |
| | NonImmigrant Visa Application for Maricel Linang, | |

| 228 | received by Embassy on July 2, 2003 | 1-22-07 |
|---|---|---|
| 230 | Omni file for Ma. Madelyn Cirilo | |
| a | Unistaff Application form w/fees | |
| b | Invoice for Interview Fee | |
| c | Invoice for Credentialing | |
| d | Invoice for Visa Processing | |
| e | Invoice for Legal Processing | |
| f | Invoice for ACP and check | |
| g | Invoice for INS Processing | |
| h | William & Chaves retainer letter | |
| i | Invoice for Placement fee | 3-5-07 |
| 236 | Unsigned Personnel service agreement for Educational Professionals, Omni Consortium, Inc., effective date June 12, 2003 | 1-31-07 |
| 252 | NonImmigrant Visa Application, filed July 7, 2003 for Madelyn Cirilo | 1-22-07 |
| 255 | Omni file for Ma, Mardy Rufin | |
| a | JS Contractors Application form w/fees | |
| b | Invoice for Interview Fee | |
| c | Invoice/check for Credentialing | |
| d | Invoice for INS/Legal/Credential Evaluation | 3-5-07 |
| 256 | NonImmigrant Visa Application for Mardy Rufin, filed June 9, 2003 | 1-22-07 |
| 263 | Omni file for Lady Grace Cupidos | |
| a | Unistaff Application for w/fees | |
| b | Invoice for Interview Fee | |
| c | Invoice/check for Credentialing | |
| d | Invoice for Legal/INS/Credential Evaluation | |
| e | Invoice for Credential Evaluation | |
| f | Check for Legal/Visa | |
| g | William & Chaves retainer letter | |
| h | YISD Intent to Employ | |
| i | Invoice for SBEC fee | |
| j | Invoice for Placement fee | |
| k | Invoice for Pocket Money | 2-5-07 |
| 264 | Letter, Florita Tolentino to "Dear Mr./Mrs.", April 15, 2003 re expedited fees | 2-5-07 |
| 265 | Memorandum of Understanding, Universal Staffing Services, Omni consortium, and Teacher Applicant, dated May 23, 2003 | 2-5-07 |
| 266 | Receipt, Universal Staffing Services to Lady Grace Cupidos, July 18, 2003, $1500 placement fee | 2-5-07 |
| 267 | Handwritten receipt to Lady Grace Cupidos, July 19, 2003, $355 for twin bed w/nightstand/chair | 2-5-07 |
| 269 | Receipt for $6,000, dated July 19, 2003 | 2-5-07 |
| 271 | NonImmigrant Visa Application, Lady Grace Cupidos, filed July 8, 2003 | 1-22-07 |

| | | |
|---|---|---|
| 272 | Omni file for Tanya Abella Azcona | |
| a | JS Contractors Application form w/feess | |
| b | Invoice for Interview Fee | |
| c | Invoice/check for Credentialing | |
| d | Invoice for Legal/INS | |
| e | Invoice for Legal | |
| f | Invoice for INS P remium Processing | |
| g | William & Chavez retainer letter | |
| h | Invoice for UTEP | |
| I | Invoice for INS Premium Processing | |
| j | Invoice for Pocket Money | |
| k | Letter of Intent | 3-5-07 |
| 275 | NonImmigrant Visa Application, Tany Abella Azcona, filed July 7, 2003 | 1-22-07 |
| 276 | Omni file for Cesar de la Pena | |
| a | Unistaff Application form w/fees | |
| b | Invoice for Interview Fee | |
| c | Invoice for Visa | |
| d | Invoice for Placement Fee | |
| e | Invoice for INS/Legal | |
| f | Invoice for Unistaff fee | |
| g | Invoice for Unistaff fee | |
| h | Omni leger for payments | 3-5-07 |
| 278 | NonImmigrant Visa Application, Cesar de la Pena filed July 15, 2003 | 1-22-07 |
| 279 | Omni file for Ruth Marie Fabia | |
| a | JS Contractors Application form w/fees | |
| b | Invoice/check for Credentialing | |
| c | Invoice for Credential Processing | |
| d | Invoice for Legal/INS | |
| e | Invoice for Legal Processing | |
| f | Invoice for SBEC and check | |
| g | William & Chavez retainer letter | |
| h | Invoice for INS Premium Fee | |
| I | YISD Intent to Employ | |
| j | Invoice for Placement fee | |
| k | Invoice for INS Premium Processing | |
| l | Invoice for Pocket Money | 3-5-07 |
| 287 | NonImmigrant Visa Application, Ruth Marie Fabia, filed July 7, 2003 | 1-22-07 |
| 289 | Omni file for Alejandro Racelis | |
| a | JS Contractors Application form w/fees | |
| b | Invoice /check for Credentialing | |
| c | Invoice for Legal/INS | |
| d | Invoice for Processing Legal | |
| e | Invoice for Processing - UTEP | |
| f | Invoice for Processing - Legal | |

| | | |
|---|---|---|
| g | Invoice for INS Premium Processing | |
| h | YISD Intent to Employ | |
| I | Invoice for A-STEP fee | |
| j | Invoice for Placement fee | |
| k | Invoice for Premium Processing | |
| l | Invoice for Pocket Money | 2-12-07 |
| 290 | Letter of Intent to Employ by YISD to Alejandro Racelis, dated November 20, 2002 | 2-12-07 |
| 291 | YISD "Employment Agreement" with Alejandro D. Racelis dated January 31, 2003 and June 18, 2003 | 2-12-07 |
| 292 | Application for NonImmigrant Visa for alejandro Racelis, received July 7, 2003 | 2-12-07 |
| 293 | Receipt for filing fee for NonImmigrant Visa for Alejandro Racelis, 5,400 peso ($100) | 2-12-07 |
| 294 | Receipt, Multicultural Professionals for $100 for interview fee, dated November 16, 2002 | 2-12-07 |
| 295 | Receipt, Multicultural Professionals for $500 for INS/legal fee, dated December 16 (2002) | 2-12-07 |
| 296 | Receipt, Multicultural Professionals for $55 for INS/legal fee, dated January 30, 2003 | 2-12-07 |
| 297 | Receipt, Multicultural Professionals for $450 for INS Balance/UTEP fee, dated March 28, 2003 | 2-12-07 |
| 298 | Receipt, Multicultural Professionals for $500 for expedite fee, dated May 21, 2003 | 2-12-07 |
| 299 | Receipt, Multicultural Professionals (Overstamped OMNI INC) for $300, for security deposit, dated July 4, 2003 | 2-12-07 |
| 300 | Receipt, Multicultural Professionals for $25 for A-STEP balance, dated July 8, 2003 | 2-12-07 |
| 301 | Receipt, JS Contractors, Inc, for 79,425 pesos for placement fee dated July 8, 2003 | 2-12-07 |
| 302 | Receipt, Multicultural Professionals (overstamped OMNI INC) for $3,000 for security deposit, dated July 16, 2003 | 2-12-07 |
| 304 | Omni file for Aris Pangilinan | |
| a | JS Contractors Application form w/fees | |
| b | Invoice/check for Credentialing | |
| c | Invoice for Legal/INS | |
| d | Invoice for Legal | |
| e | Invoice for SBEC | |
| f | William & Chaves retainer letter | |
| g | YISD Intent to Employ | |
| h | Invoice for Placement fee | |
| i | Invoice for Pocket Money | 2-20-07 |
| 305 | Receipt, Multicultural Professionals to Aris Pangilinan $755 | 2-20-07 |
| 306 | Receipt, Omni Consortium, Inc. To Aris Pangilinan, August 4, 2001, $550 | 2-20-07 |

| | | |
|---|---|---|
| 307 | Receipt, JS Contractor, Inc to Aris Pangilinan, 79725 pesos ($1500) | 2-20-07 |
| 308 | Receipt, Multicultural Professionals to Aris Pangilinan, March 29, 2003, $450 for SBEC balance/INS Balance | 2-20-07 |
| 309 | Receipt, Multicultural Professionals to Aris Pangilinan, March 29, 2003, $450 for SBEC balance/INS Balance | 2-20-07 |
| 310 | Receipt, Multicultural Professionals (overstamped Omni Inc) to Aris Pangilinan July 19, 2003, $6000 for security deposit | 2-20-07 |
| 314 | NonImmigrant Visa Application for Aris Pangilinan filed July 7, 2003 | 1-22-07 |
| 320 | Amtrack ticket stubs, Houston, TX to Washington, DC | 2-20-07 |
| 321 | Invoice, Multicultural Professionals to Aris Pangilinan, for INS filing fee and legal & processing fees for transfer petition, $585.00 October 17, 2003 | 2-20-07 |
| 322 | Letter, Corazon James to Aris Pangilinan re: $585 owed to Omni Consortium, October 27, 2003 | 2-20-07 |
| 325 | Invoice, Multicultural Professionals to Aris Pangilinan, March 21, 2003, $1,313 for dodging and travel 7/20/03 - 10/05/03, Florida certification, airbed and apartment | 2-20-07 |
| 328 | Letter, Corazon James to Aris Pangilinan, May 19, 2004, re: outstanding balances | 2-20-07 |
| 329 | Cancelled checks (4) to Omni Consortium from Aris Pangilinan, May 17, 2004 through June 28, 2004 | 2-20-07 |
| 332 | Omni file for Armando Viray | |
| a | JS Contractors Application form w/fees | |
| b | Invoice/check for Credentialing | |
| c | YISD Intent to Employ | |
| d | Invoice for SBEC | |
| e | Invoice for Placement fee & check | |
| f | Invoice for Pocket Money | 2-6-07 |
| 333 | Application Process and Flowchart for Teachers Applying for the USA, Universal Staffing | 2-6-07 |
| 334 | Schedule fo Fees | 2-6-07 |
| 335 | Letter of Intent to Employ, YISD | 2-6-07 |
| 336 | Deposit slip to account of Florita Tolentino, August 3, 2001 for 420,433 pesos (check) and 3,183 pesos (cash) | 2-6-07 |
| 337 | Deposit slip to account of Florita Tolentino, June 15, 2001 for 6,700 pesos | 2-6-07 |
| 338 | Receipt, Multicultural Professionals to Armando Viray, May 26, 2002, $100 interview fee | 2-6-07 |
| 339 | Receipt, Multicultural Professionals to Armando Viray, July 18, 2003 $50 SBEC | 2-6-07 |
| 340 | Check from Carlo Viray to Immigration and Naturalization Service, $130, Dec 12, 2002 | 2-6-07 |
| 341 | Receipt, Universal Staffing Services to Armando Viray, July 10, 2003, $1500 placement fee | 2-6-07 |
| 342 | Copy of US Currency, $1500 | 2-6-07 |

| | | |
|---|---|---|
| 343 | Handwritten receipt, to Armando Viray for 37,070 peso for airfare | 2-6-07 |
| 344 | Handwritten receipt to Armando Viray for $310 and 2475 pesos for double bed, nightstand/chair, with copy of US currency and handwritten "sticky tab" | 2-6-07 |
| 345 | Photocopy of $800 currency with notation "7/19 Armando Viray | 2-6-07 |
| 347 | YISD Employment Agreement with Armando Viray with attached Addendum to the offer of employment submitted by YISD, El Paso, Texas/Omni Consortium | 2-6-07 |
| 349 | Amtrack ticket, Houston, TX to Washington, DC, September 12, 2003 for Armando Viray | 2-6-07 |
| 350 | Omni file for Marilou Adra | |
| a | JS Contractors Application form w/fees | |
| b | Invoice/check for Credentialing | |
| c | Invoice for Legal/INS | |
| d | Invoice for Visa | |
| e | Invoice for UTEP | |
| f | Invoice for Expedited Processing | |
| g | YISD Intent to Employ | |
| h | Invoice for Placement fee | |
| I | Invoice for Pocket Mone | 3-5-07 |
| 351 | NonImmigrant Visa Application for Marilou Adra, filed July 14, 2003 | 1-22-07 |
| 352 | Omni file for Gladys Ubaldo | |
| a | JS Contractors Application form w/fees | |
| b | Invoice/check for Credentialing | |
| c | Invoice for SBEC | |
| d | Invoice for Pocket Money | |
| e | Invoice for INS | 2-1-07 |
| 353 | Manifest, Ysleta Independent School District, flights July 20, 2003, with handwritten notes on back | 2–1-07 |
| 354 | NonImmigrant Visa Application for Gladys Ubaldo, filed July 10, 2003 | 1-22-07 |
| 355 | Flight Coupons for Gladys Ubaldo Manila/Tokyo/Dallas/McAllen | 2-1-07 |
| 356 | Database of Omni teacher files for displaced YISD teachers | 3-5-07 |
| 357 | Omni Teacher files for displaced YISD teachers (non-testifying) Alba, Carmelo Brillo Benedicto, Trinity Piccio Benito, Rochelle Jimenez Bermejo, Jessica Enad Dano, Judith Berbesada De Guzman, Annabella Go De Leon, Aurora Martin De Torres, Maria Sheila Barret De Villa, Gay Salvador | |

| | | |
|---|---|---|
| | Dela Pena, Cesar Sarmiento | |
| | Dela Torre, Edwin Orocio | |
| | Dionglay, Nilo Reyes | |
| | Domingo, Elsa Frayre | |
| | Liwag, Jeff Christian | |
| | Monte, Ernesto Gabito | |
| | Nueva, Rowena Onella | |
| | Pangan, Celestina Ailes | |
| | Pascual, Marcelina Garcia | |
| | Pinero, Lilibeth Tesoro | |
| | Plana, Regie Marie De La Gente | |
| | Presbitero, Grace Vasquez | |
| | Ramos, Belen Laqui | |
| | Reyes, Elizabeth Conde | |
| | Rulloda, Filomena Parentila | |
| | Tolentino, Allona virtudazo | |
| | Valencia, Virgillo Bautista | |
| | Zapata, Melanie | |
| | Zerrudo, Evangeline Durano | 3-1-07 |
| 357A | Abarico, Lilet Badiola | |
| | Balgos, Frances Berces | |
| | Malata, Dolores Moron | 3-5-07 |
| 358 | Schedule of NonImmigrant Visa Applications for YISD displaced teachers | 3-5-07 |
| 359 | NonImmigrant Visa Applications for YISD displaced teachers | |
| | Abarico, Lilet | |
| | Alba, Carmelo | 1-22-07 |
| | Balgos, Francis | |
| | Benedicto, Trinity | |
| | Benito, Rochelle | |
| | Bermejo, Jessica | |
| | Dano, Judith | |
| | De Guzman, Annabella | |
| | De Leon, Aurora | |
| | De Torres, Ma. Sheila | |
| | De Villa,Gay | |
| | Dela Torre, Edwin | |
| | Dionglay, Nilo | |
| | Domingo, Elsa | |
| | Jaime, Bernadette | |
| | Malata, Dolores | |
| | Monte, Ernesto | |
| | Nueva, Rowena | |
| | Pangan, Celestina | |
| | Pascual, Marcelina | |
| | Plana, Regie Marie | |
| | Presbitero, Grace | |
| | Ramos (Laqui), Belen | |

Reyes, Elizabeth
Rulloda, Filomena
Tolentino, Allona
Valencia, Virgilio
Zapan ta, Melanie
Zerrudo, Evangeline

| | | |
|---|---|---|
| 360 | Schedule of rehiring of YISD displaced teachers | 1-22-07 |
| 361 | SRC Files for rehire of YISD displaced teachers | 1-22-07 |
| 363 | Email, Angelica Tolentino to Pablo Ganchero, re: Affiddavit and Predeparture waiver | 3-1-07 |
| a | Predeparture Waiver | 2-7-07 |
| b | Affidavit | 2-7-07 |
| 364 | Waiver, YISD/SISD reassignment | 2-7-07 |
| 365 | Receipts for payments of fees, Gladys Ubaldo | |
| a | Pre-evaluation fee $10 | |
| b | FAST Exam $130 | |
| c | Credentialing $175 | |
| d | Interview fee $100 | |
| e | INS & SBEC $730 | |
| f | SBEC $50 | |
| g | INS $425 | |
| h | Security Deposit $6000 | 2-1-07 |
| 366 | Receipt for review of material, Gladys Ubaldo, 3,000 pesos | 2-1-07 |
| 367 | Receipt, Universal Staffing Services for placement fee, $1,500 | 2-1-07 |
| 368 | Receipt, Roland Sotello to Gladys Ubaldo for A-Step payment, $250 | 2-5-07 |
| 369 | Ysleta "Employment Agreement" for Gladys Ubaldo | 2-1-07 |
| 370 | Receipt for bed fee, July 18, 2003 for Gladys Ubaldo $355 | 2-1-07 |
| 371 | Receipt for airfare, July 18, 2003, for Gladys Ubaldo $674 | 2-1-07 |
| 372 | Blue Pacific repayment post-dated checks, Gladys Ubaldo | 2-1-07 |
| 373 | Blue Pacific Disbursement Procedure for YISD teachers | 2-1-07 |
| 374 | Personnel [sic] Services Agreement (blank) | 2-1-07 |
| 377 | Draft letter to Armando Bustamante from Noel Tolentino, October 29, 2002 | 3-5-07 |
| 378 | Final Version of Letter to Armando Bustamante from Noel Tolentino, October 29, 2002 (Exhibit 377) | 2-13-07 |
| 379 | Memorandum, to Armando Bustamante from Barron Edwards, November 11, 2002 re: information on consideration for hiring teachers from the Philipines | 2-13-07 |
| 379A | Memorandum, Barron Edwards to Armando Bustamante, November 11, 2002, re: information on consideration for hiring teachers form the Philippines with handwritten notes | 2-13-07 |

| 380 | Professional Vacancies for Elementary & Secondary 2002/2003 (revised November 8, 2002) | 2-14-07 |
| 381 | Minutes of Board/Personnel Services Committee, November 11, 2002 | 2-13-07 |
| 384 | Minutes, Regular Meeting-Board of Trustees, Socorro ISD, November 19, 2002 | 2-13-07 |
| 386 | Letter "Job Order" to Florita [sic] Tolentino from Armando Bustamante, November 21, 2002 and fax cover sheet | 2-13-07 |
| 388 | Professional Vacancies 2002/2003 (revised December 6/9, 2002) Elementary and Secondary | 2-14-07 |
| 389 | Travel Information sheet for Armando Bustamante and Mario Aguilar, Hong Kong and Phillipines, Nov 29 - Dec 8, 2002 | 2-13-07 |
| 390 | Travel Itinerary, Capricorn Travel, for Mario Aguilar, Armando Bustamante and Noel Tolentino | 2-13-07 |
| 393 | SISD, List of Applications Interviewed, Manila, Philippines, December 2002 (54) | 2-13-07 |
| 394 | SISD, List of Applications Interviewed with Job Offers, Manila, Philippines, December 2002 (26) | 2-13-07 |
| 396 | Letter to Omni Consortium/Noel Tolentino from Barry Edwards, with attached Letters of Intent for 8 teachers | 2-14-07 |
| 397 | Letter to Noel Tolentino from Barry Edwards, January 7, 2003, re: List of SISD recommendations for teachers (7) | 3-1-07 |
| 398 | Letter to Armando Bustamante from Pablo Ganchero, January 27, 2003 re: I-129 H-1B petitions (7 teachers) | 3-1-07 |
| 399 | Letter, to Armando Bustamante from Noel Tolentino/Pablo Ganchero, February 27, 2003 re: Drafts | 2-13-07 |
| 400 | Letter, to Christopher Rowan(US Embassy) from Armando Bustamante, February 28, 2003, re: expedited interview process | 2-13-07 |
| 401 | Fax, JoAnne Kirtley to Pablo/Omni re: letter for US Embassy, march 3, 2003 with handwritten notations | 2-13-07 |
| 402 | Letters of Intent to Employ, Socorro Independent School District (19 teachers) | 2-13-0 7 |
| 403 | Letter, to Armando Bustamante from Pablo Ganchero (thru NCT) February 28, 2003, re: I-129 H-1B petitions (18 teachers) | 3-1-07 |
| 404 | Letter, to Armando Bustamante from Noel Tolentino, re: invitation to recruit teachers in Manila, February 18, 2003 (as drafted) | 2-13-07 |
| 407 | Letter, to Mario Aguilar from Noel Tolentino, re: Itinerary, February 18, 2003 (as sent) | 3-1-07 |
| 408 | Letter "Job Order" to Florita Tolentino[sic] from Armando Bustamante, March 3, 2003 | 2-13-07 |
| 409 | Letter "Job Order" to Florita Tolentino [sic] from Armando Bustamante, March 3, 2003 [Exhibit 408] with handwritten notations | 2-13-07 |
| | Fax, letter "Job Order" to Florita Tolentino [sic] from | |

| 410 | JoAnne Kirtley, March 4, 2003 | 2-13-07 |
| 411 | Professional Vacancies (SISD) Elementary 2002/03 (revised February 14, 2003) | 2-14-07 |
| 412 | Professional Vacancies (SISD) Secondary 2002/03 (revised February 28, 2003) | 2-14-07 |
| 413 | Professional Vacancies (SISD) Elementary and Secondary 2002/03, revised March 27, 2003 | 2-14-07 |
| 414 | Travel Information, Philippines and Hong Kong, March 6-16, 2003 for Aguilars, Baca & Bustamante, March 3, 2003 | 2-13-07 |
| 415 | Travel Itinerary, Capricorn Travel, for Mario Aguilar, Magdalana Aguilar, Antonio Baca, Armando Bustamante and Noel Tolentino | 2-13-07 |
| 417 | Travel Request/Reimbursement form, Socorro Independent School District for Antonio Baca for per diem for trip to Philippines, February 26, 2003 | 2-14-07 |
| 420 | Letters of Intent to Employ, Socorro Independent School District, march 15, 2002 (41) | 2-13-07 |
| 421 | Letter to Armando Bustamante from Pable Ganchero, March 27, 2003 re: INS Forms for signature (29 teachers) w/handwritten notations | 3-1-07 |
| 422 | Email, to Frances Munoz from Maria Malacon, April 3, 2003 re: 1st and 2nd groups of Filipino teachers w/attached lists | 1-30-07 |
| 424 | Memorandum, to Dr. Brooks from Barry Edwards, March [sic]10, 2003 re: employment of teachers from the Philippines | 2-14-07 |
| 425 | Memorandum to Craig A. Patton from Dr. Gary d. Brooks, re: Teachers from the Philippines (forwarding Edwards' memorandum [Exhibit 424]) | 2-14-07 |
| 426 | Notes re: SHS Feeder Pattern Meeting, 4/16/03 | 2-14-07 |
| 427 | Letter to Armando Bustamante from Noel Tolentino, April 25, 2003, re: Clarification on Filipino Teacher Program | 2-13-07 |
| 428 | Form I-129 Petitioner form NonImmigrant Worker, Requet for Premium Processing, Notice of Entry of Appearance, Express Mail receipt for 37 teachers | 3-5-07 |
| 430 | Recommendation for Employment, Vista del Sol Elementary School, May 8, 2003 (5 teachers) | 2-13-07 |
| 431 | Letter to Omni consortium, Inc/Noel Tolentino from Barry Edwards, May 14, 2003, re 5 teachers to be hired by SISD | 2-13-07 |
| 433 | Fax to Armando Bustamante from Pablo Ganchero, June 9, 2003, re: Sanchez, Dahlia | 3-5-07 |
| 434 | Letter to Evelyn Upchurch (CIS) from Peter D. Williamson, forwarding expedited processing request for 15 teachers | 2-28-07 |
| 435 | Series of emails between Frances Munoz and Maria Malacon, June 18, 2003, re: List of Philippine Teachers | 1-30-07 |

| | | |
|---|---|---|
| 436 | Series of emails between Frances Munoz and Maria Malacon, June 18, 2003 re: List of Philippine teachers | 1-30-07 |
| 437 | Fax to JoAnne Kirtley from Pablo Ganchero, June 24, 2003, re: Recommendation & references | 3-1-07 |
| 440 | Omni teacher file for Marilou Castillo | 3-5-07 |
| 441 | NonImmigrant Visa Application for Marilou Castillo, interview date June 2, 2003 | 1-22-07 |
| 445 | Memorandum to Armando Bustamante from Barry Edwards, May 20, 2003 re: Staffing Update | 2-14-07 |
| 446 | Memorandum to Armando Bustamante from Barry Edwards, June 6, 2003 re: Staffing Update | 2-14-07 |
| 447 | Memorandum to Armando Bustamante from Barry Edwards, June 12, 2003 re: Staffing Update | 2-14-07 |
| 449 | Professional Vacancies, Elementary and Secondary 2003/04, revised August 20, 2003 | 2-14-07 |
| 450 | Secondary Professional Vacancies, revised September 3, 2003 | 2-14-07 |
| 455 | Sample Copy, SISD Professional One year probationary contract | 2-13-07 |
| 456 | Onmi file for Susana Fortaleza | |
| a | Invoice for Credential Evaluation/Processing | |
| b | Invoice for Interview Fee | |
| c | Invoice for Processing/Legal & INS | |
| d | Invoice for Processing/Legal | |
| e | OMNI Personnel [sic] Service Agreement | 2-15-07 |
| 457 | US Embassy Interview Schedule | 2-15-07 |
| 458 | NonImmigrant Visa Application for Susana Fortaleza, received June 2, 2003 | 1-22-07 |
| 459 | Agreement to Contract between SISD and Susana Fortaleza, dated March 4, 2003 | 2-7-07 |
| 460 | POEA Overseas Employment Certificate for Susana Fortaleza, dated June 6, 2003 | 2-15-07 |
| 461 | Schedule of Payments "ScheduleA", loan from Blue Pacific, Issued June 10, 2003 for Susana Fortaleza | 2-15-07 |
| 462 | Omni file for Patricia DiMapilis | |
| a | Invoice for Credential Evaluation/Processing fee and check | |
| b | Invoice for Interview Fee | |
| c | Interview Notes by M. Aguilar | |
| d | Letter from Williamson & Chaves | |
| e | Invoice for INS/Legal Fees | |
| f | Invoice for Processing/Legal | |
| g | Invoice for Placement Fee | 3-5-07 |
| 465 | NonImmigrant Visa Application for Patricia Dimapilis, filed May 29, 2003 | 1-22-07 |
| 474 | Omni file for Josephine Chavez | |
| a | Invoice for Credential Evaluation/Processing fee | |
| b | Invoice for Interview Fee | |
| c | Letter from Williamson & Chaves | |

| | | |
|---|---|---|
| d | Authorization to MEC and Williamson | 2-20-07 |
| e | Invoice for INS/Legal Fees | |
| f | Invoice for Processing/Legal | |
| g | Invoice for INS Premium Processing | |
| h | OMNI Personnel [sic] Service Agreement | |
| i | Invoice for Placement Fee | |
| 475 | NonImmigrant Visa Application for Josephine Chavez, filed May 30, 2003 | 1-22-07 |
| 476 | Omni file for Amileta Gordola | |
| a | Invoice for Credential Evaluation/Processing Fee | |
| b | Invoice for Interview Fee | |
| c | Interview Notes M. Aguilar | |
| d | Letter from Williamson & Chaves | |
| e | Invoice for Legal Fees | |
| f | Invoice for Processing INS/Legal | |
| g | OMNI Personnel [sic] Service Agreement | 3-5-07 |
| 480 | NonImmigrant Visa application for Amelita Gordola | 1-22-07 |
| 497 | Omni file for Richard Obligar | |
| a | Letter from Williamson & Chaves | |
| b | Invoice for Processing/Legal | |
| c | Invoice for INS/Legal Fees | |
| d | Invoice processing/ins | |
| e | Invoice for legal fees | |
| f | Invoice for credential evaluation/processing fee | |
| g | Invoice for interview fee | |
| h | Invoice processing/UTEP | |
| I | OMNI personnel [sic] service agreement | |
| j | Invoice for processing/legal | |
| k | Invoice for INS premium processing | 3-5-07 |
| 499 | NonImmigrant Visa Application for Richard Obligar | 1-22-07 |
| 500 | Omni filed for Marichu Tima-an | |
| a | Letter from Williamson & Chaves | |
| b | Interview notes | |
| c | Invoice for credential evaluation/processing fee | |
| d | Invoice for interview fee | |
| e | Invoice for processing/legal | |
| f | Invoice for INS/Legal processing | 2-14-07 |
| 501 | NonImmigrant visa application for Marichu Tima-an | 1-22-07 |
| 502 | Omni file for Atanacia Uniforme | |
| a | Invoice for credential evaluation | |
| b | Invoice for interview fee | |
| c | Interview notes | |
| d | Letter from Williamson & Chaves | |
| e | Invoice for INS/Legal fees | |
| f | Invoice for Legal fees | |
| g | OMNI personnel [sic] service agreement | 3-5-07 |
| 509 | Nonimmigrant visa applicaiton for Atanacia Uniforme | 1-22-07 |
| 510 | Omni file for Ruth Lazatin | 2-15-07 |
| 510-1 | Affidavit signed by Ruth Lazatin 4/21/04 | 2-15-07 |

| 511 | US Embassy Interview schedule | 2-15-07 |
| 512 | SISD agreement to contract with Ruth Lazatin 3/3/03 | 2-15-07 |
| 513 | SISD agreement to contract with Ruth Lazatin, effective date March 3, 2002 as submitted to POEA | 2-15-07 |
| 515 | Schedule of Omni teacher files for displaced SISD teachers (non-testifying) | 3-5-07 |
| 516 | Omni teacher files for displaced SISD Teachers | 3-1-07 |

Abuan, Rodelio Amido
Alcantara, Elsa Bestudio
Altejar, Lorynie Castillo
Angeles, Alic Tulod
Angeles, Rosee Anne Tria
Casaclang, Harold Carranza
Casio, Ernami Guzman
Cayetano, Valen Arizala
Chan, Maria Khristine Vigilla
Combo, Charmaine Blanes
Comia, Jocelyn S.
Dayaon, Oscar Vale
De jesus, marivic
David, Marilen Salas
Dionisio, Edengaile Ibay
Espiritu, Ma. Lourdes G.
Estacio, Sherilyn
Fortuno, Divina Salud
Garcia, Melany Pedines
Garcia, Noemi Juat
Ibarra, Joseph
Junio, Evelyn Reyes
Junio, Nellie Quejadas
Libao, Corazon Mabalot
Lim, Helen Burlat
Lopez, Glory Francis Cera
Lotilla, Lora Lana
Marco, Scarlet Serrano
Melchor, Victoria Capistrano
Mina, Marry Ann Frances Aniano
Pabalinas, Elenita Tomines
Palapar, Karen Joahna Garen
Pingol, Evelyn Reyes
Remetio, Jessica E.
Ricasas, Hazel Jean Mailag
Roxas, Fernando Rono
Saldivar, Rosalina Bueno
Sanchez, Dahlia Caballero
Sanchez, Frances Balite
Saraum, Maria Lina Pirote

| | | |
|---|---|---|
| | Syquia, Ma. Isabel Gomez | |
| | Tan-Piengco, Bernadith Mico | |
| | Tuliao, Allan Neil Ocampo | |
| | Uyan, Hazel de Jesus | |
| | Villamiel, Maylan Jorge | |
| 517 | Schedule of nonimmigrant visa applications for SISD displaced teachers | 1-22-07 |
| 518 | NonImmigrant Visa Application for SISD displaced teachers | |

Abuan, Rodelio Amido
Alcantara, Elsa Bestudio
Altejar, Lorynie Catillo
Angeles, Alic Tulod
Angeles, Rosee Anne Tria
Casaclang, Harold Carranza
Casio, Ernami Guzman
Cayetano, Valen Arizala
Combo, Charmaine Blanes
Comia, Jocelyn S.
Dayaon, Oscar Vale
De Jesus, Marivic
David, Marilen Salas
Dionisio, Edengaile Ibay
Espiritu, Ma. Lourdes G.
Estacio, Shrilyn
Fortuno, Divina Salud
Garcia, Melany Pedines
Garcia, Noemi Juat
Ibarra, Joseph
Junio, Evelyn Reyes
Junio, Nellie Quejadas
Libao, Corazon Mabalot
Lopez, Glory Francis Cera
Lotilla, Lora Lana
Marco, Scarlet Serrano
Melchor, Victoria Capistrano
Minas, Marry Ann Frances Saniano
Pabalinas, Elenita
Palapar, Karen Joahna Garen
Pingol, Evelyn Reyes
Remetio, Jessican E
Ricasas, Hazel Jean Mailag
Roxas, Fernando Rono
Saldivar, Rosalina Bueno
San Andres, Jocelyn Abanto
Sanchez, Frances Balite
Sapaden, Angel Rose
Saraum, Maria Lina Pirote
Syquia, Ma. Isabel Gomez

|  | Tan-Piengco, Bernadith Mico | |
|  | Tuliao, Allan Neil Ocampo | |
|  | Uyan Hazel de Jesus | 1-22-07 |
|  | Villamiel, Maylan Jorge | |
| 519 | Schedule of SRC files/rehires of displaced SISD teachers | 1-22-07 |
| 520 | SRC files for rehires of displaced SISD teachers | 1-22-07 |
| 522 a | Letter to CIS | 3-1-07 |
| 527 | Email, Gigi to Roland Sotelo, July 16, 2003 Ysleta teachers | 2-7-07 |
| 535 | Job Order, El paso Independent School District | 2-21-07 |
| 536 | Letter, Florita Tolentino to Nancy Evans, September 2, 2002, Re: Waiver form for Transportation Cost | 2-21-07 |
| 536a | Letter, Noel Tolentino to Nancy Evans February 19, 2004, re: replacement letter concerning return transportation cost | 2-21-07 |
| 537 | Travel Information for marcia Brown, Ione Grimm, Diana Pena (EPISD), Renee O'Donell and David O'Donell (CISD), dated January 10, 2003 | 2-21-07 |
| 538 | Letter from Pablo Ganchero to Nancy Evans (EPISD) March 18, 2003, re: transmittal of thirty (30) I-129 H-1B Petitions along with instructions from Peter D. Williamson | 2-21-07 |
| 539 | Letter from Pablo Ganchero to Nancy Evans (EPISD), May 6, 2003, re: transmittal of H-1B filings | 2-21-07 |
| 540 | Email & Fax, Nancy Evans/Rory Malacon, June 10, 2003, transmitting cancellation letters (2) | 1-30-07 |
| 542 | Email & Fax, Nancy Evans/Rory Malacon/MEC June 23, 2003, transmitting cancellation letters (3) | 1-30-07 |
| 542-A | Email, Rory Malacon to Noel Tolentino, June 24, 2003, forwarding email from Nancy Evans (Exhibit 542) | 1-30-07 |
| 547 | Omni file relation to Maria Pia Pinca Turalba | 1-22-07 |
| a | Invoice for Credential Evaluation | |
| b | Letter from Williamson & Chaves | |
| c | Invoice for Processing - Legal/INS/Credential | |
| d | Invoice for Processing - Legal | |
| e | Invoice for Processing - Credentials (SBEC) | |
| f | Invoice for Premium Processing | |
| g | Cancellation letter, dated June 23, 2003 | |
| h | Approval Notice, red'd June 28, 2003 | |
| i | SBEC Certification letter | 2-21-07 |
| j | I-129 & Upchurch letter | 2-21-07 |
| 548A | EPISD, Probationary Contract, EPISD and Ma. Pia P. Turalba | 2-20-07 |
| 548B | EPISD Probationary Contract, EPISD and Henry Narbay | 2-20-07 |
| 549 | Nonimmigrant Visa Application for Maria Pinca Turalba, dated July 7, 2003 | 1-22-07 |
| 550 | Promissory Note, Blue Pacific and Schedule of Amortization, 660,000 pesos, August 12, 2003 | 2-22-07 |
| 553 | Omni file for Henry Ale Narbay | |
| a | Invoice for INS/Legal/SBEC | |
| b | Invoice for Interview fee | 2-21-07 |

| | | |
|---|---|---|
| c | Invoice for Processing - Legal | |
| d | Invoice for Premium Processing | |
| e | Cancellation letter, dated June23, 2003 | |
| f | Approval Notice, rec'd June 28, 2003 | |
| g | I-129 Petition | |
| 553-1 | Receipts for payment of fees to Omni Consortium and Multicultural Professionals | 2-21-07 |
| 554 | Nonimmigrant Visa Application for Henry Ale Narbay, dated July 9, 2003 | 1-22-07 |
| 555 | Invoice for Omni Consortium, March 21, 2004, for lodging and transportation | 2-21-07 |
| 555-1 | Letter, Henry Narbay to Omni Consortium, August 10, 2004, re overcharging of fees | 2-21-07 |
| 555-2 | Letter, omni Consortium to Henry Narbay, August 13, 2004 | 2-21-07 |
| 556 | Omni file for Allen Anriano Nakpil | |
| a | Letter for Williamson & Chaves | |
| b | Invoice for Interview fee | |
| c | Invoice for Processing - Visa/Legal | |
| d | Invoice for Processing - Credentials | |
| e | Invoice for Processing - Visa/Legal | |
| f | Cancellation letter, dated June 23, 2003 | |
| g | Approval Notice, rec'd June 28, 2003 | |
| h | I-129 Petition | |
| I | SBEC Certification Letter | 2-21-07 |
| 557 | Letter, Nancy Evans to Ellen Nakpil, June 23, 2003, re: cancellation of employment; handwritten notion original sent to MEC | 2-7-07 |
| 558 | Nonimmigrant Visa Application for Ellen Adriano Nakpil, dated July 15, 2003 | 1-22-07 |
| 559 | Email, Pablo Ganchero to Angelica Tolentino, dated May 20, 2003, re: EPISD not hiring Gloria San Juan | 3-5-07 |
| 560 | Grid of displaced and hired teachers with INS information | 1-30-07 |
| 582 | SSAISD Board of Trustees Agenda and Minutes, Special Called Meeting, February 26, 2003 | 2-22-07 |
| 583 | Audio recording of Board of Trustees Meeting, February 26, 2003 | |
| a | Transcript of presentation by Noel Tolentino | 2-22-07 |
| 588 | Email, Jocelyn Sanchez to Rory, Gigi and Pabs re: SSAISD passers, April 7, 2003 | 2-7-07 |
| 589 | Letter of recommendation for employment, April 14, 2003 | 02-22-07 |
| 590 | Letter, Pablo Ganchero to Yuhunter w/oodard, May 2, 2003 (Notation hand delivered by Mr. Noel Tolentino) re: I-129 H-1B peitition | 3-1-07 |
| 591 | Letter, Pablo Ganchero to Yuhunter Woodard, May 9, 2003, re: Approved LCAs | |
| a | LCAs for Secondary Teachers | |
| b | LCAs for Special Education Teachers | |
| c | LCAs for Elementary Teachers | 3-1-07 |

| | | |
|---|---|---|
| 592 | Letter, Pablo Ganchero to Yuhunter Woodard, May 30, 2003, re: Credentials of Philippine teachers and copy of INS petition | 3-5-07 |
| 593 | Email, Rory Malacon to Yuhunter Woodard, June 17, 2003, re: Assignment List Philippine Teachers with attached grid | 1-30-07 |
| 594 | Series of emails between Yuhunter Woodard and Maria Malacon re assignment list Philippine teadchers dated 6/17 - 7/15/03 | 1-30-07 |
| 595 | South San Antonio ISD teacher flight arrangement | 2-22-07 |
| 596 | Fax, Pablo Ganchero to Ms Irma re Teachers from the Philippines per Dr. Cortez | 2-22-07 |
| 597 | Email, Angelica Tolentino to Pablo Ganchero, August 22, 2003 re San Antonio Teachers | 1-30-07 |
| 598 | Job Order SSAISD February 13, 2004 | 2-22-07 |
| 599 | Packet of South San Antonio Independent SchoolDistrict Personnel Services letterhead | 2-22-07 |
| 600 | Omni file for Doris Reno | |
| a | Invoice for Credential Evaluation | |
| b | Invoice for Interview fee | |
| c | Williamson & Chaves retainer letter | 2-27-07 |
| 600-1 | SSAISD Letter of Intent | 2-27-07 |
| 600-2 | Promissory Note, Blue Pacific, July 24, 3003 for 660,000 pesos | 2-27-07 |
| 600-3 | Post-dated checks 9/23/03 - 1/24/05 | 2-27-07 |
| 600-5 | Letter, Yuhunter Woodard to Job Fair Recruit, 4/30/04 | 2-27-07 |
| 600-6 | Fax, Frances Flores (SSAISD) to Doris Reno, May 11, 2004 re: Job Fair application | 2-27-07 |
| 601 | Florida Department of Education, request for information October 23, 2003 | 2-27-07 |
| 602 | Florida Department of Education, request for information, February 19, 2004 | 2-27-07 |
| 603 | Promissory Note to Omni Consortium for $640 filing and legal fees, transfer petition | 2-27-07 |
| 604 | Invoice, Multicultural Professionals to Doris Reno, dated December 31, 2004   $2,881.17 | 2-27-07 |
| 606 | Omni file for Priscila Catalan | |
| a | Invoice for interview f ee | |
| b | Schedule of processing fees | |
| c | Williamson & Chaves retainer letter | 2-22-07 |
| 607 | SSAISD Letter of Intent for Priscila Catalan with attached addendum | 2-22-07 |
| 609 | OMNI file for Meden Moises | 2-27-07 |
| 610 | Nonimmigrant visa applications for SSAISD displaced teachers | 1-22-07 |
| 612 | Schedule fo displaced SSAISD teachers | 3-5-07 |
| 613 | Omni files for displaced SSAISD teachers (nontestifying) | |

Andaya, Jo-Anne Sta. Clara
Catinding, Ava Alinsod
Dialel, Angelina Oliveros
Gabe, Corazon Sison
Galang, Arlene Valenciano
Masangkay, Genevieve Balois
Mata, jean Aranas
Olazo, Agnes sanchez
Olazo, Marie Clare Espinosa                          3-1-07
Oliveros, Sharon Arganza
Pagulayan, Dominador Velasco
Poblete, pamela Aveno
Rosales Raymund Rueda
Selarde, Grace Xenia Tayao

| | | |
|---|---|---|
| 614 | SRC file for Ava Catindig (Donna ISD petition) | 1-22-07 |
| 615 | SRC file for Meden Moises (Donna ISD petition) | 1-22-07 |
| 616 | Various receipts for payments to MPLCC & JS Contractors for fees paid by Ava Catindig | 2-27-07 |
| 617 | SSAISD Letter fo Intent for Ava Catindig w/POEA stamp | 2-27-07 |
| 618 | Promissory Note and Amortization schedule for Blue Pacific Loan for Ava Catindig, and post dated checks | 2-27-07 |
| 619 | Visa and I-94 for Ava Catindig, SSAISD petitioner | 2-27-07 |
| 620 | Handwritten essay by Ava Catindig with handwritten corrections by Angelica Tolentino | 2-27-07 |
| 621 | Pinellas County Schools on-line application (Ava Catingdig) | 2-27-07 |
| 622 | Letter, Peter Williamson to Abel Munoz at Donna Independent School District, re: H1-B petition for Ava Catindig, December 10, 2004 | 2-27-07 |
| 623 | Letter, Florita Tolentino toAva Catindig, July 14, 2004 re: fees for H1-B extension | 2-27-07 |
| 624 | Promissory Note, July 30, 2004 for $1, 280 by Ava Catindig to Omni Consortium | 2-27-07 |
| 625 | Williamson files for displaced teachers (BISD) | 2-28-07 |
| 626 | Schedule of Files | 2-28-07 |
| 627 | Letter, Pablo Ganchero to Cathy Hinz, February 18, 2002, forwarding $22,525 in legal fees | 2-28-07 |
| 629 | Email, Williamson to Rory Malacon, May 30, 2003, re: Omni billing - certain cases | 2-28-07 |
| 630 | Williamson file for Shella R. Condino | |
| a | Request for information (RFE), received March 28, 2003 | |
| b | Draft response with handwritten notes | |
| c | Letter, Williamson to CIS, June 19, 2003 response to RFE | 2-28-07 |
| 631 | Williamson file for Judith Ponferrada | |
| a | Request for Info (RFE) recved 4/4/03 | |
| b | Draft response with handwritten notes | |
| c | Letter, Williamson to CIS 6/19/03 response to RFE | 2-28-07 |
| 632 | Williamson file for Cynthia Obrero | |
| a | Request for information (RFE) March 21, 2003 | |

| | | |
|---|---|---|
| b | Handwritten notes | |
| c | Draft response | 2-28-07 |
| d | Letter, Williamson to CIS, June 19, 2003 response to RFE | |
| 633 | Williamson files for displaced teachers, YISd | |
| a | Inventory of files | 2-28-07 |
| 634 | Williamson file for Belen Ramos | |
| a | Request for information (RFE) March 9, 2004 | |
| b | Response to RFE, April 1, 2004 | 2-28-07 |
| 635 | Williamson file for Elizabeth Conde Reyes | |
| a | Denial notice, extension of stay | 2-28-07 |
| 636 | Williamson files for displaced teachers, SISD | |
| a | Inventory of files | 2-28-07 |
| 639 | Williamson file for Mary Lou Abasco Loyola | |
| a | Notice of withdrawal | 2-28-07 |
| b | Email concerning not withdrawing petition | 1-30-07 |
| 640 | Williamson file for Jessica Espinas Remeito | |
| a | Request for Information (RFE) March 1, 2004 | |
| b | Response to RFE, April 1, 2004 | 2-28-07 |
| 641 | Williamson file for Rodelio Abuan | |
| a | Response to RFE, April 1, 2004 | 2-28-07 |
| 642 | Williamson file for Patricia Dimapilis | |
| a | Response to RFE, April 1, 2004 | 2-28-07 |
| 643 | Williamson file for Atanacia Uniforme | |
| a | Response to RFE, April 1, 2004 | 2-28-07 |
| 644 | Williamson file for Mary Ann Minas | |
| a | Response to RFE, April 1, 2004 | 2-28-07 |
| 645 | Williamson files for displaced teachers, EPISD | |
| a | Inventory of files | 2-28–07 |
| 647 | Williamson files for displaced teachers, SSAISD | |
| a | Inventory of files | 2-28-07 |
| 648 | Williamson file for Ava Catindig | |
| a | Email, to and from Cathy Hinz and Lorna, September 27, 2004, re: Moises & Catindig | |
| b | Email to and from Cathy Hinz and Lorna, September 27, 2004, re: Catindig | |
| e | Letter, Williamson to BIS-TSC November 26, 2004 | 2-28-07 |
| 649 | Williamson file for Meden Moises | |
| a | Email, Cathy Hinz to Lorna, August 4, 2004 with handwritten notes | 3-5-07 |
| 650 | Instructions for Form I-129 (Rev. 12/10/01) | 1-22-07 |
| 651 | Instructions for Form I-129 (rev. 10/26/05) | 1-22-07 |
| 661 | Fax, Sanchez to Florita and Noel Tolentino July 19, 2003, re flight details for /EPISD, SISD,, YISD, CISD and SSAISD | 2-7-07 |
| 665 | Fax, Lorna to Florita Tolentino, September 15, 2004 list of teachers from MEC | 2-7-07 |
| 666 | NISS/TECS printout of entry for teachers | 3-5-07 |
| 670 | Chart of displaced teachers (WDTX) | 3-5-07 |

| | | |
|---|---|---|
| 672 | Bills and promissory notes for expense outlay for transportation and lodging<br>Corynie Altejar<br>Joanne Andaya<br>Alice Angeles<br>Asuncion Carson<br>Jocelyn Comia<br>Marvic C. De Jesus<br>Felonila A. Gargarin<br>Melany P. Gracua<br>Evelyn R. Junio<br>Helen B. Lim<br>Glory Lopez<br>Dolores Malata<br>Marcelina Pascual<br>Dahlia C. Sanchez<br>Maria Lina P. Saraum<br>Ma. Pia P. Turalba<br>Hazel Uyan<br>Melanie Zapanta | 2-20-07 |
| 673 | Billings for outlay expenses | 3-1-07 |
| 674<br>a<br>b | Tracking Worksheets<br>Accommodation Fee spreadsheet<br>Refund spreadsheet | 2-20-07 |
| 675 | Memo, Florita Tolentino to accounting re: Noel Tolentino-Consultant April 9, 2002 | 1-30-07 |
| 676 | Email Angelica Tolentino to Pablo Ganchero, re: teacher excel sheet | 3-5-07 |
| 677 | email, Pablo Ganchero to Jo Sanchez, May 23, 2003 re: expedited processing | 2-7-07 |
| 691 | Invoices issued by JS contractors to Unistaff for their protion (50%) of administrators' hotel bills 2002-03 | 1-30-07 |
| 692 | Email, Unistaff to Rory Malacon, November 18, 2001, re: Omni's share of Unistaff fees (REDACTED) | 1-30-07 |
| 693 | Receipts for Omni share of Unistaff placement fee | 2-07-07 |
| 695 | Spreadsheet of fees paid to MEC, MPLCC, Omni & FCT | 3-1-07 |
| 696 | Email, Gigi to Corazon James & Mimi, August 19, 2003 re: Furniture collection report | 3-1-07 |
| 697 | Chart, furniture, wired to Wells Fargo from RCBC, July 23, 2003, $26,755 | 3-1-07 |
| 698 | Chart, Furniture, wired from RCBC, August 8, 2003, $20, 040 | 3-1-07 |
| 699A | Email, Josephine Sanchez to Mimi | 2-7-07 |
| 702 | Amounts paid by teachers traced to cash collections | 3-6-07 |
| 703 | Incoming wire transfers | 3-6-07 |
| 703A | Fees paid by teachers after specific date<br>Brownsville ISD  -7/8/02<br>Ysleta ISD        -4/25/03 | |

| | | |
|---|---|---|
| | Socorro ISD       -4/25/03 | |
| | El Paso ISD       -6/23/03 | 3-6-07 |
| | S. San Antonio ISD | |
| 703B | Wire Transfer Receipts | 3-6-07 |
| 704 | Wires and other deposits from teachers matched to deposit summary | 3-6-07 |
| 705 | Checks/withdrawals/wells fargo account 8982045604 | 3-6-07 |
| 705A | Wells fargo account 8982045604 chronological detail of account | 3-6-07 |
| 705A-1 | Wells fargo account 8982045604 withdrawal slip dated 8/27/03 amount $250,000.00 | 3-6-07 |
| 705A-2 | Wells fargo account 8982045604 withdrawal slip dated 8/27/03 amount $60,000.00 | 3-6-07 |
| 705A-3 | Cashier's check dated 8/27/03 payable to Raul Tolentino amount $50,000.00 | 3-6-07 |
| 706 | Bank One transaction summary account 637614405 | 3-6-07 |
| 707 | Noel Tolentino personal account | 3-6-07 |
| 708 | Professional Bridges Account | 3-6-07 |
| 722 | Photograph of Zinnia house, McAllen, Texas | 2-5-07 |
| 724 | Fax, Mimi to Cora James, June 16, 2003 forwarding email from Angelica Tolentino | 2-7-07 |
| 725 | Fax, florita Tolentino to Louis (Loy) Lebayan April 20, 2004, re: Affidavit | |
| A | Palapar Affidavit dated 4/20/04 | |
| B | Salas-David Affidavit dated 4/20/04 | 3-5-07 |
| 726 | Fax, Loy to Jing, July 28, 2003, re: El Paso TX apartment changes | 3-5-07 |
| 727 | Termination letter for Loy Lebayan, dated 10/29/04 | 3-5-07 |
| 729 | YISD Information Sheet with handwritten note, to Pabs from "N" | 3-1-07 |
| 730 | YISD Historical Profile | 3-1-07 |
| 731 | 2001-02 YISD teacher, nurse & librarian salary schedule | 3-1-07 |
| 732 | Fax, August 7, 2002, Noel Tolentino to Pablo Ganchero, re YISD | 3-1-07 |